THE PEOPLE OF THE STATE OF NEW YORK ex rel. WEST SIDE TENNIS CLUB, Petitioner, against ROLLIN BROWNE et al., Constituting the Tax Commission of the State of New York, Respondents.

Submitted October 7, 1946; decided October 17, 1946.

*Nathaniel L. Goldstein, Attorney-General (John C. Crary, Jr.,* of counsel), for motion.

*Lyle Evans Mahon* opposed.

Motion granted and appeal dismissed, with costs, and $10 costs of motion.